ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of - | ) | |
| | ) | |
| IVA'AL Solutions, LLC | ) | ASBCA No. 63430 |
| | ) | |
| Under Contract No. FA8052-21-C-0004 | ) | |

APPEARANCE FOR THE APPELLANT:        Todd M. Garland, Esq.
                                     Haynes and Boone, LLP
                                     Tysons Corner, VA


APPEARANCES FOR THE GOVERNMENT:      Caryl A. Potter, III, Esq.
                                       Air Force Deputy Chief Trial Attorney
                                     Maj Candice D. Schubbe, USAF
                                     Siobhan Donahue, Esq.
                                       Trial Attorneys

OPINION BY ADMINISTRATIVE JUDGE D'ALESSANDRIS

The parties have resolved their dispute and request that the Board enter judgment in favor of appellant.

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' stipulation and agreement, that the appeal is sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $1,987,999. This amount is inclusive of Contract Disputes Act interest. No further interest shall be paid.

Dated:  June 4, 2026

_____
DAVID D'ALESSANDRIS
Administrative Judge
Acting Vice Chairman
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur                                      I concur

_____     _____

J. REID PROUTY                              DAVID B. STINSON
Administrative Judge                      Administrative Judge
Acting Chairman                           Armed Services Board
Armed Services Board                   of Contract Appeals
of Contract Appeals

I certify that the foregoing is a true copy of the Opinion and Decision of the Armed Services Board of Contract Appeals in ASBCA No. 63430, Appeal of IVA'AL Solutions, LLC, rendered in conformance with the Board's Charter.
       Dated:  June 4, 2026

_____

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals

2